for appellant; John Zukowski, for appellee; E. C. Frank Meier, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed November 21, 1949; released for publication December 2, 1949.

## Mitchell Douglas, Appellee, v. Percy Thompson, Appellant.

**Gen. No. 44,784.** 

Meyers, Meyers & Rothstein, for appellant; Hart E. Baker, of counsel; Philander S. Neville, for appellee. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed November 21, 1949; released for publication December 2, 1949.

## Ben D. Levine, Appellant, v. Sam Levin and William S. Kaplan, Appellees.

**Gen. No. 44,752.**